# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE A. PAYNE, | : | |
| | : | |
| Plaintiff, | : | NO. 3:01CV1096(MRK) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | : | |
| | : | |
| Defendant. | : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.)
Doc#

**X**  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)


SO ORDERED this   17th   day of   December  ,   2003   at New Haven, Connecticut.


/s/            Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE