UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday December 16, 2003
2:00 p.m.

CASE NO. 3:01cv1096 MRK    **Payne v Dept of Transportation, CT**

Jane B. Emons
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120


Joseph A. Moniz
Moniz, Cooper & McCann
100 Allyn St.
Hartford, CT 06103


Edward F. Osswalt
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 12/16/03

15 min.