UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday March 25, 2004
11:00 a.m.

CASE NO. **3:01cv1096 MRK**   **Payne v Dept of Transportation, CT**

Jane B. Emons
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120
860-808-5340

**STATUS CONFERENCE HELD**

DATE: 3/25/04

5 min.

Joseph A. Moniz
Moniz, Cooper & McCann
100 Allyn St.
Hartford, CT 06103
860-278-0200

Edward F. Osswalt
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120
860-808-5340

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Case 3:01-cv-01096-MRK   Document 38   Filed 03/25/2004   Page 1 of 1