UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT


| | | |
|---|---|---|
| GEORGE A. PAYNE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1096(JCH) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | : | APRIL 12, 2004 |
| Defendant | : | |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

1.      In the trial of this case, the parties are entitled to have a fair, unbiased and unprejudiced

jury.  You must shed all biases or prejudice, if you have any, and you must treat both the plaintiff

and the defendant equally. If there is any reason why any of you might not be able to render a fair

verdict, you must disclose such reason to the Court.  It is your duty to answer each question put to

you as honestly as you can, and to disclose any other reasons why you may not be able to render a

fair verdict in this case. Likewise, if you have any questions or concerns about whether you will be

able to render a fair verdict, please make that fact known to the Court.

2.      In this lawsuit George Payne is suing the State of Connecticut Department of

Transportation.  Are you familiar with this lawsuit?

      3.      Your duty will be to listen to the testimony. At the conclusion of the testimony, the judge will instruct you as to what the law is and will charge you to apply those principles of law to the case before you. If you are selected as a juror, will you follow the law as the Judge states it, whether or not you approve of the legal principles as he states them?

      4.      State your present occupation, including the name of your employer and the nature of your duties.  If you are retired, please described your last fulltime job, including the name of your employer and the nature of your duties.

      5.      Are you or is any member of your family a member of or otherwise affiliated with a union, or have you or your family member been so affiliated in the past?  If so, have you or your family member ever held a position in the union organization?

      6.      Are you married?  If so, please describe your spouse's employment, including the name of your spouse's employer and the nature of your spouse's duties.  If your spouse is deceased or if you are divorced, what was the occupation and who was the employer of your spouse?  Do you own a home?

      7.      Please describe the highest level of education that you and your spouse have received.

      8.      The defendant is State of Connecticut Department of Transportation.  Have you or

anyone in your family ever been employed by the Department or Transportation or any state agency? If so, please explain.

9.      Have you or any member of your family ever had any connection with, employment with, or had any dealings with the Department of Transportation? If so, please describe the dealings or connection.

10.      Do you know or are you or any member of your family related to any official, director or employee of the Department of Transportation?

11.      The plaintiff in this case is George Payne. Do you, or any member of your immediate family, know the plaintiff or any members of his family? Do you know anyone who knows the plaintiff? If so, please state how you or any members of your immediate family know the plaintiff, or a member of his family, and the nature of such relationship or association. Would any such relationship or association prevent you from rendering a fair and impartial verdict or make you incapable of sitting on this case?

12.      Do you know any of the proposed witnesses in this case? If so, how do you know the individuals? Do you have any feelings about these individuals? Do you have any feelings about these individuals that would prevent you from rendering a fair and impartial verdict?

13.      The Plaintiff in this case is represented by Joseph A. Moniz, Esq. of Moniz, Cooper & McCann, LLP in Hartford, CT, who was formerly associated with the firm of Day, Berry &

Howard in Hartford, CT.  Do you know Attorney Moniz or any lawyers associated with his firm?

14.     The Defendant in this case is represented by Assistant Attorney General Edward F. Osswalt in Hartford, CT.  Do you know him or any lawyers associated with the Attorney General's office?

15.     Do you have any feeling or belief which would prevent you from rendering a verdict in favor of an individual and against a state agency if the evidence supported such a verdict?

16.     Do you have any feeling or belief which would cause you to favor the testimony of an employee not promoted in a job with a state agency who has sued that state agency, over the testimony of employees who have remained working for that state agency?

17.     Have you, or has any member of your family or any person close to you, ever been denied a promotion in a job?  If so, please explain.

18.     Have you, or has any member of your family or any person close to you, ever presented a claim or grievance against or sued their employer either in or out of court for any reason, including discrimination?  If so, please explain.

19.     Have you, or any member of your family, ever sued anyone, or presented a claim against anyone either in or out of court?  If so, please describe the lawsuit(s) and/or the claim(s).

20.     Have you or any member of your family ever been sued by anyone or been threatened with a lawsuit?  If so, please describe the lawsuit and/or the claim(s).

21.     Have you ever had any training in personnel, human resources or employment matters? If so, what kind of training?

22.     Have you ever been employed in the personnel or human resource office of any company? If so, in what capacity?

23.     Have you ever owned or operated a business in which you employed other people?

24.     Have you or any member of your family had a job which required you to hire, fire, discipline or supervise employees?

25.     Have you ever been a party to or a witness in a lawsuit? If so, please describe the lawsuit and your role in it.

26.     Have you ever served on a jury before in a lawsuit? If so, please describe the lawsuit and your experiences in it.

31.     This lawsuit involves a claim of race discrimination. Plaintiff claims he was not promoted to a position in the Department of Transportation  because of his race.

32.     Do you believe that diversity in the work place is a good thing to have?

33.     Do you have any feelings about minorities that would make it difficult for you to decide this case?

34.    Have you ever felt as though you were discriminated against?

35.    Have you ever felt as though your employer treated you differently than other coworkers?  How did that feel?

36.    In what ways have you experienced discriminatory treatment?  Please explain.

37.    Has anyone close to you expressed their feelings of being discriminated against?  Please explain.

38.    Have you or any member of your family or any person close to you ever been terminated, laid off from a job, not promoted or had your job eliminated?  If so, how did it occur and how did you feel about that experience.  Explain how that experience would or would not affect your deliberations.

39.    Have you or any member of your family or person close to you been terminated from a job or been refused a job for reasons that individual considered unrelated to job qualifications?  If so, please explain.

PLAINTIFF GEORGE A. PAYNE

By                                   
         Joseph A. Moniz (ct04316)
         Moniz, Cooper & McCann, LLP
         100 Allyn Street
         Hartford, CT  06103
         Tel. (860) 278-0200
         His Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Edward F. Osswalt
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel. (860) 808-5340

Joseph A. Moniz

7