UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE PAYNE | : CIVIL NO. 3:01CV1096(MRK) |
| *Plaintiff,* | : |
| | : |
| V. | : |
| | : |
| STATE OF CONNECTICUT, | : |
| DEPARTMENT OF TRANSPORTATION | : |
| *Defendant.* | : APRIL 13, 2004 |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

1. Do you know any of the: (1) lawyers or law firms involved in this case; (2) the witnesses; (3) the parties?

2. As jurors, the court will instruct you about the law that applies to this case. Can you apply the law, not as you believe it should be or would want it to be, but only as instructed by the court, even if you personally disagree?

3. If, after hearing the evidence in this case and the Judge's instructions, you found that the defendant had not discriminated against the plaintiff, would you have any difficulty deciding in the defendant's favor, even though the plaintiff would receive no monetary award?

4. Have you or a member of your family or any close friends ever been employed by the State of Connecticut? If so, please state who was employed by the State, describe the position held, state when the position was held?

5. If you are employed, please state:

    A. the name of your employer;

    B. your job title;

    C. time you have been employed with current employer.

6. If you have a spouse who is employed, please state:

    A. the name of your spouse's employer;

    B. your spouse's job title;

    C. your spouse's time with current employer.

  7. Have you or has any member of your family had any experience with any officer or employee of the State of Connecticut which would prevent you from considering the evidence impartially and fairly?

  8. Many of the witnesses in this case are employed by the State of Connecticut, specifically in the Judicial Department. Have you or has any member of your family had a personal experience with a member or members of this department such that it would make it difficult to consider their testimony impartially and fairly?

  9. Have you or has any member of your family ever been involved in what you consider to be a negative or unpleasant experience with the Judicial Department or any employee of the Judicial Department. If so, please explain.

  10. Have you ever held a position entailing supervisory responsibility including the right to hire and promotion of employees?

  11. Have you or has any close friend or relative ever brought suit against the State of Connecticut or other governmental agency?

  12. This case involves allegations of discrimination based upon race. Have you or has any close friend or relative had any personal experience that would make it difficult for you to consider such claims impartially and fairly with respect to all parties?

  13. Do you have any opinion about lawsuits involving claims of discrimination generally, or employment discrimination in particular?

14. Do any of you believe that a long term employee is somehow entitled to be promoted based on that fact alone.

15. Do any of your believe that someone is, or should be, entitled to a promotion or a position because they are a racial minority. If the answer to the foregoing question is yes, could you judge a party or witness in this case fairly and impartially if he or she does not share your opinion?

16. Have you, or any member of your family or circle of friends ever:

    A. Been a plaintiff or defendant in a lawsuit?

    B. Been a witness in a lawsuit?

    C. Belonged to any civil rights or civil justice organization?

If your answer is yes, please provide details and state whether this might affect your ability to judge this case fairly, and, if so, in what way?

17. Have you, or any member of your family or circle of friends been treated unfairly by your/his/her employer because of age, race, national origin, color, gender, or any other reason? If so, please provide the details.

18. Do you believe that the best qualified person should be hired for a job?

19. Have any of you ever applied for a position where the employer used a panel of employees to interview candidates?

20. Do any of you believe that you were declined for a position because of your race.

21. Do you have any feelings for or against parties who come to court and sue for money damages?

22. Have you ever served in the military? If yes, in what branch did you serve and at what rank?

23. Have you ever served on a jury before? If the answer is yes, please state when and what type of case?

                    DEFENDANT
                    DEPARTMENT OF
                    TRANSPORTATION

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:    Edward F. Osswalt
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: (860) 808-5340
        Fax: (860) 808-5385
        Federal Bar No. #ct15252
        E-Mail:
        Edward.Osswalt@po.state.ct.us

**CERTIFICATION**

     I hereby certify that the foregoing was mailed this _____ day of April, 2004, United States mail, first class postage prepaid, to:

     Joseph A. Moniz, Esq.
     Moniz, Cooper & McCann
     100 Allyn Street
     Hartford, CT  06103
     Tel. (860) 278-0200

                                                    _____
                                                    Edward F. Osswalt
                                                    Assistant Attorney General