# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE A. PAYNE | : | CIVIL ACTION NO. 3:01CV1096(MRK) |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | : | |
|    Defendant | : | APRIL 16, 2004 |

## MOTION IN LIMINE

     COMES NOW the defendant, State of Connecticut Department of Transportation, and respectfully moves for an order in limine to prohibit the plaintiff from offering testimony of witnesses relative to their past complaints of discrimination or their opinion as to plaintiff's complaint or plaintiff's circumstances as an employee of the defendant.

     Plaintiff disclosed to defendant on the afternoon of April 12, 2004 his proposed witness list in the parties' Joint Trial Memorandum. Plaintiff's witness list includes Rick Reed, Daphne A. McKinney, Robert Gordon and Vorcelia Oliphant, all current or former employees of the defendant. The defendant maintains that any such testimony by the named witnesses is irrelevant under Rules 401 and 402, lacks sufficient and proper foundation and is incompetent. Further, the effect of such witnesses' testimony relative to their own alleged discriminatory experiences will confuse and mislead the jury. The prejudicial effect of such testimony clearly outweighs its probative value under Rule 403. The defendant would have to respond to allegations of five plaintiffs instead of one if such testimony was admitted. Such witnesses' testimony would represent, in any event, inadmissible lay opinion testimony under Rule 701.

WHEREFORE, the defendant moves for an order in limine consistent with this motion.

A memorandum of law in support hereof is filed herewith.

                                        DEFENDANT

By    _____
       Edward F. Osswalt (ct15252)
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel. (860) 808-5340
       Fax. (860) 808-5383

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion in Limine was mailed, first class postage prepaid, this 16th day of April, 2004 to:

Joseph A. Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT  06103

_____
Edward F. Osswalt
Assistant Attorney General

2