United States District Court
District of Connecticut
FILED AT    NEW HAVEN

April 27, 2004
Kevin F. Rowe, Clerk

By: Kenneth Rhilands
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE A. PAYNE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1096(MRK) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | : | APRIL 26, 2004 |
| Defendant | : | |

## PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

On April 12, 2004 the parties submitted a Joint Trial Memorandum in the above-captioned matter. In compliance with the court order regarding the required contents of the trial memorandum, the Plaintiff included therein a list of witnesses who may testify at trial. The Plaintiff now supplements that list to include the following witness:

h.     **Louis Malerva, Director of Maintenance, DOT.** Mr. Malerva will testify regarding the allegations in the Complaint and specifically the discriminatory denial of the Plaintiff's promotion.

i.     **Joni Grant.** Ms. Grant will testify regarding the allegations in the Complaint and the DOT's treatment of African Americans in a discriminatory fashion generally and, in particular, in promotions.

MONIZ, COOPER & MCCANN, LLP • ATTORNEYS AT LAW
100 ALLYN STREET • HARTFORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS NO. 418370

United States District Court
District of Connecticut
FILED AT     NEW HAVEN

April 27, 2004
Kevin F. Rowe, Clerk
By: Kenneth Richards
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE A. PAYNE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1096(MRK) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | : | APRIL 26, 2004 |
| Defendant | : | |

## PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

On April 12, 2004 the parties submitted a Joint Trial Memorandum in the above-captioned matter. In compliance with the court order regarding the required contents of the trial memorandum, the Plaintiff included therein a list of witnesses who may testify at trial. The Plaintiff now supplements that list to include the following witness:

h.     **Louis Malerva, Director of Maintenance, DOT.** Mr. Malerva will testify regarding the allegations in the Complaint and specifically the discriminatory denial of the Plaintiff's promotion.

i.     **Joni Grant.** Ms. Grant will testify regarding the allegations in the Complaint and the DOT's treatment of African Americans in a discriminatory fashion generally and, in particular, in promotions.

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
His Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date via first-class mail to:

Edward F. Osswalt
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel. (860) 808-5340

_____
Joseph A. Moniz