Min

HONORABLE M.R. Kravitz  Civil (April 12, 2004)
DEPUTY CLERK K Ghilardi  RPTR/ERO/TAPE Thea

TOTAL TIME: 1 hours 37 minutes

DATE 4/27/04   START TIME 10:35   END TIME 12:12
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Payne

CIVIL NO. 3:01cv1096mrk

vs.

Dept. of Transportation

Joseph A. Moniz
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Edward F. Osswalt
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

MOTION DOCUMENT NO.

☑ #44   Motion in Limine — ☐ granted ☐ denied ☑ advisement
☐ #___ Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ #___ Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ #___ Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ #___ Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ #___ Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ #___ Motion ___ — ☐ granted ☐ denied ☑ advisement
☐ Oral Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ — ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___

☑ Pretrial Conference

Hearing continued until ___ at ___