## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE A. PAYNE | : | CIVIL ACTION NO. 3:01CV1096(MRK) |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | : | |
|    Defendant | : | MAY 20, 2004 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal with prejudice of the above-captioned matter as to the defendant State of Connecticut, Department of Transportation, without any award of attorney's fees or costs to any party and in accordance with an agreement between the parties.

                                                            THE PLAINTIFF
                                                            George A. Payne

Signed this ___ day of May, 2004        BY: _____
                                                            Joseph A. Moniz, Esq.
                                                            Moniz, Cooper & McCann, LLP
                                                             100 Allyn Street
                                                            Hartford, CT  06103

                                                            DEFENDANT,
                                                           STATE OF CONNECTICUT,
                                                           DEPARTMENT OF TRANSPORTATION

                                                           RICHARD BLUMENTHAL
                                                           ATTORNEY GENERAL


Signed this ___ day of May, 2004        BY: _____
                                                             Edward F. Osswalt
                                                            Assistant Attorney General
                                                           Federal Bar No. ct15252
                                                           55 Elm Street - P.O. Box 120
                                                           Hartford, CT  06141-0120
                                                           Tel:  (860) 808-5340
                                                           E-mail: edward.osswalt@po.state.ct.us