**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GEORGE A. PAYNE<br>Plaintiff | : | CIVIL ACTION NO. 3:01CV1096(MRK) |
| v. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION<br>Defendant | : | MAY 20, 2004 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal with prejudice of the above-captioned matter as to the defendant State of Connecticut, Department of Transportation, without any award of attorney's fees or costs to any party and in accordance with an agreement between the parties.

THE PLAINTIFF
George A. Payne

Signed this 26th day of May, 2004    BY: _____
Joseph A. Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103

DEFENDANT,
STATE OF CONNECTICUT,
DEPARTMENT OF TRANSPORTATION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Signed this 20th day of May, 2004    BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
E-mail: edward.osswalt@po.state.ct.us