```
                FILED
            Jun 22  12 06 PM '04
            U.S DISTRICT COURT
            NEW HAVEN, CONN.
```

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE A. PAYNE | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1096(~~JCH~~)(MRK) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | : | JUNE 15, 2004 |
| Defendant | : | |

## MOTION FOR RELEASE OF FUNDS

Pursuant to Rule 8(a) of the Local Rules of Civil Procedure, on August 15, 2001 the Plaintiff tendered his personal check in the amount of $500 as security for costs in the above matter. On May 26, 2004 this case was finalized by a Settlement Agreement between the parties.

Wherefore, the Plaintiff respectfully requests that these funds be released and a check in the amount of $500 payable to the Plaintiff be forward to him via undersigned counsel.

PLAINTIFF GEORGE A. PAYNE

By *[signature]*
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
His Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Edward F. Osswalt
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel. (860) 808-5340

*[signature]*
Joseph A. Moniz