UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE A. PAYNE, | : | |
| | : | |
| Plaintiff, | : | NO. 3:01CV1096(MRK) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Plaintiff's Motion for Release of Funds [doc. #52] is GRANTED. The funds tendered as security for costs in this action should be released and a check for $500 payable to Plaintiff should be forwarded to him via his counsel.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 24, 2004.